IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2017 APR 21 PM 3:45

ARKANSAS TEACHER RETIREMENT SYSTEM, BOSTON RETIREMENT SYSTEM, ROOFERS LOCAL 149 PENSION FUND, OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, KBC ASSET MANAGEMENT NV, ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT M.B.H., STICHTING BLUE SKY ACTIVE LARGE CAP EQUITY FUND USA and AARON ROCKE, Derivatively on behalf of Nominal Defendant TESLA, INC.,

Plaintiffs,

vs.

ELON MUSK, BRAD W. BUSS, ROBYN M. DENHOLM, IRA EHRENPREIS, ANTONIO J. GRACIAS, STEPHEN T. JURVETSON, and KIMBAL MUSK,

Defendants,

and

TESLA, INC.,

Nominal Defendant.

No. 17-461

**MOTION FOR PERMISSION TO FILE UNDER SEAL**

Plaintiffs Arkansas Teacher Retirement System, Boston Retirement System, Oklahoma Firefighters Pension and Retirement System, Roofers Local 149 Pension Fund, KBC Asset Management NV, ERSTE-SPARINVEST Kapitalanlagegesellschaft m.b.H., Stichting Blue Sky Active Large Cap Equity Fund USA and Aaron Rocke (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby respectfully move the Court pursuant to Local Rule

5.1.3 for an Order, in the form submitted herewith, granting Plaintiffs permission to file their Shareholder Derivative Complaint for Violations of Federal Securities Laws and State Laws ("Complaint"), and the exhibit thereto, under seal in the above-captioned matter. In support of their motion, Plaintiffs state as follows:

1. Plaintiffs have contemporaneously with this motion filed a Complaint derivatively on behalf of nominal defendant Tesla, Inc. ("Tesla") against the members of Tesla's Board of Directors (the "Individual Defendants," and together with Tesla, "Defendants") relating to Tesla's acquisition of SolarCity Corporation.

2. The Complaint cites to, and attaches as an exhibit, certain nonpublic documents produced by Tesla to Plaintiffs pursuant to 8 *Del. C.* § 220, each of which is identified by a bates number. The parties have entered into confidentiality agreements agreeing to treat these materials as confidential. Accordingly, Plaintiffs respectfully submit that good cause exists for allowing them to file the Complaint and its exhibit under seal.

3. Plaintiffs will comply with all applicable procedures regarding filing under seal through the Court's CM/ECF system, including the requirement to file a redacted version.

4. Pursuant to Local Rule 7.1.1, counsel for Plaintiffs have conferred with counsel for Defendants, who confirmed that Defendants do not oppose the relief requested in this motion.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court enter the attached Order permitting them to file the Complaint and its exhibit under seal.

DATED: April 21, 2017

Respectfully submitted,

**GRANT & EISENHOFER P.A.**

*/s/ Jay W. Eisenhofer*
Jay W. Eisenhofer (#2864)
James J. Sabella (#5124)
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100

OF COUNSEL:

**ROBBINS GELLER RUDMAN & DOWD LLP**
Randall J. Baron
David T. Wissbroecker
Maxwell R. Huffman
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Lee D. Rudy
Eric L. Zagar
Robin Winchester
Kristen L. Ross
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Mark Lebovitch
Jeroen van Kwawegen
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

**PRICKETT, JONES & ELLIOTT, P.A.**
Michael Hanrahan (#941)
Paul A. Fioravanti, Jr. (#3808)
Samuel L. Closic (#5468)
1310 N. King Street
Wilmington, DE 19801
Tel: (302) 888-6500
Fax: (302) 658-8111

**LABATON SUCHAROW LLP**
Ned Weinberger (#5256)
Thomas Curry (#5877)
300 Delaware Ave., Suite 1340
Wilmington, DE 19801
Tel: (302) 573-2540
Fax: (302) 573-2529

**GUTTMAN, BUSCHNER & BROOKS PLLC**
Justin S. Brooks (#6119)
501 Silverside Road, Suite 12
Wilmington, DE 19809
Tel.: (302) 327-9210

**BRAGAR EAGEL & SQUIRE, P.C.**
Lawrence P. Eagel
Jeffrey H. Squire
J. Brandon Walker
885 Third Ave., Suite 3040
New York, NY 10022
Tel: (212) 308-5858
Fax: (212) 486-0462

**STURMAN LLC**
Deborah Sturman
600 Third Avenue, Suite 2101
New York, NY 10016
Tel: (212) 367-7017

**FRIEDLANDER & GORRIS, P.A.**
Joel Friedlander (#3163)
Jeffrey M. Gorris (#5012)
1201 N. Market Street, Suite 2200
Wilmington, DE 19801
Tel.: (302) 573-3500

***Counsel for Plaintiffs***